UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE GAMBLE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON,<br><br>　　　　　　Defendant. | Case No. C23-0115-JLR<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* (IFP), Dkt. 1, is deficient. He indicates no income, no sources of money, no money on hand or in accounts, no property, and no monthly expenses. Plaintiff must submit a revised, signed IFP application within **twenty (20) days** of the date of this Order. He must provide complete and detailed financial information and, if he has no means of support, he must explain how he is able to meet basic monthly expenses, including food and shelter. Failure to comply may result in denial of IFP and/or dismissal.

Dated this 30th day of January, 2023.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By: Stefanie Prather
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1