1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

WAYNE GAMBLE,

                    Plaintiff,

        v.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WASHINGTON,

                    Defendant.

CASE NO. C23-0115-JLR

REPORT AND RECOMMENDATION

15    Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this civil matter.  Dkt. 1.

16  However, he failed to provide complete information as to his last employment, did not answer

17  questions regarding money on hand or in accounts, and indicated no income or sources of

18  money, no property, and no monthly expenses.  By Order dated January 30, 2023, the Court

19  directed Plaintiff to file an amended IFP application within twenty days of the date of the Order.

20  Dkt. 6.  The Court directed Plaintiff to provide, in the amended application, complete and

21  detailed financial information and, if he has no means of support, to explain how he is able to

22  meet basic expenses, including food and shelter.  The Order noted that failure to comply may

23  result in denial of IFP and/or dismissal of this case.

24

REPORT AND RECOMMENDATION - 1

1     To date, the Court has not received a response to its Order or a completed IFP application

2 from Plaintiff.  Accordingly, the Court recommends Plaintiff's motion to proceed IFP, Dkt. 1, be

3 DENIED.  This action should proceed only if Plaintiff pays the $402 filing fee within **thirty (30)**

4 **days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee

5 is paid within thirty days of the Court's Order, the Clerk should close the file.

6     Objections to this Report and Recommendation, if any, should be filed with the Clerk and

7 served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and

8 Recommendation is signed.  Failure to file objections within the specified time may affect your

9 right to appeal.  Objections should be noted for consideration on the District Judge's motions

10 calendar for the third Friday after they are filed.  Responses to objections may be filed within

11 **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will

12 be ready for consideration by the District Judge on **March 17, 2023**.

13     Dated this 1st day of March, 2023.

14

15                                          S. KATE VAUGHAN
                                          United States Magistrate Judge

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2